# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF FRANK J. ETTORRE, DECEASED | : | No. 22 MM 2017 |
| | : | |
| | : | |
| | : | |
| PETITION OF: ELAINE KENO | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2017, the Petition for Leave to File Appeal *Nunc Pro Tunc* is **DENIED**.